```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
In re                             :   ERRATA ORDER

SOLUTIA, INC., et al.             :   Chapter 11

                                  :   Case No. 03-17949
                   Debtors,           (Jointly Administered)
----------------------------------x
WILMINGTON TRUST CO., as          :
SUCCESSOR INDENTURE TRUSTEE
to JPMORGAN CHASE BANK, N.A.,     :

                                  :
                   Plaintiff,         Adv. Pro. No.05-01843
                                  :
      -against-
                                  :
SOLUTIA, INC.,
                   Defendant.     :
----------------------------------x
```

## ERRATA ORDER REGARDING
## MEMORANDUM DECISION AFTER TRIAL

BEATTY, PRUDENCE CARTER, U.S.B.J.:

ORDERED, that the decision dated May 1, 2007 be changed as follows:

| | |
|---|---|
| Page 8, Footnote 6 | 4 lines from top of footnote, delete comma after the word "subsidiary"; 4 lines from bottom of footnote, delete the period after "August 13, 2002" and delete comma after the word "Pharmacia"; 3 lines from bottom of footnote, delete the words "New Monsanto apparently". |
| Page 20 | 5 lines from bottom of page, insert period after "CTNA" and before "*See* Indenture § 1008." |
| Page 30, Footnote 17 | 2 lines from top of footnote, insert "$3 million" after the word "the" and before the word "non-payment" and replace the word "of" with the word "to" before the words "New Monsanto." |

IT IS SO ORDERED.

Dated:     New York, New York
           May 22, 2007

/s/ Prudence Carter Beatty
United States Bankruptcy Judge